# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ELIEZER ORTIZ MARRERO, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>M&T BANK )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION<br>FILE NO.:<br>_____ |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 3.3, NDGa, Defendant M&T Bank ("M&T"), by and through the undersigned counsel, respectfully states as follows:

1.

**The undersigned counsel for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and publically held corporation that owns 10% or more of the stock of Defendant:**

**Plaintiff:**     Eliezer Ortiz Marrero

**Defendant:**     M&T Bank Corporation

-4-

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiff:**      Eliezer Ortiz Marrero, *Pro Se*
3107 Pate Creek View
Snellville, Georgia 30078

**Defendant:**      J. Thomas Howell
Georgia Bar No. 594902
Jessica L. Rutledge
Georgia Bar No. 760076
McCALLA RAYMER, LLC
900 Holcomb Woods Parkway
Roswell, Georgia 30076
(678) 281-6458 – Direct & Fax
(678) 281-6500 - Main
jlr@mccallaraymer.com

Other than those listed above, Defendant is unaware of any other persons serving as attorneys for the parties in this proceeding.

This 25th day of March, 2014.

                                          **MCCALLA RAYMER, LLC**

                                          */s/ Jessica L. Rutledge*
                                          J. Thomas Howell
                                          Georgia Bar No. 594902
                                          Jessica L. Rutledge
                                          Georgia Bar No. 760076
                                          *Counsel for Defendant M&T Bank*

900 Holcomb Woods Parkway
Roswell, Georgia 30076
(678) 281-6458 – Direct & Fax
jlr@mccallaraymer.com

## FONT CERTIFICATION

The undersigned further certifies that this document has been prepared in accordance with the formatting requirements designated in Local Rule 5.1.

This 25th day of March, 2014.

                                          **McCALLA RAYMER, LLC**

                                          */s/ Jessica L. Rutledge*
                                          Jessica L. Rutledge
                                          Georgia Bar No. 760076
                                          *Counsel for Defendant M&T Bank*

900 Holcomb Woods Parkway
Roswell, Georgia 30076
(678) 281-6458 – Direct & Fax
jlr@mccallaraymer.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** has been sent electronically via the ECF system to registered users and/or by United States Mail, postage pre-paid, in a properly addressed envelope to:

> Eliezer Ortiz Marrero
> 3107 Pate Creek View
> Snellville, Georgia 30078
> *Pro se Plaintiff*

This 25th day of March, 2014.

*/s/ Jessica L. Rutledge*
Jessica L. Rutledge
Georgia Bar No. 760076
*Counsel for Defendant M&TBank*

**McCALLA RAYMER, LLC**
900 Holcomb Woods Parkway
Roswell, Georgia 30076
(678) 281-6458 – Direct & Fax
jlr@mccallaraymer.com